Form 12 - Travel
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR TRAVEL OUTSIDE
THE CONTIGUOUS UNITED STATES**

Name of Offender: **Javier Castro-Salas**

Case Number: **2:09CR00106**

Name of Sentencing Judicial Officer: **Honorable Philip M. Pro**

Date of Original Sentence: **November 23, 2009**

Original Offense: **Possession with Intent to Distribute a Controlled Substance**

Original Sentence: **57 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **January 8, 2013**

Name of Assigned Judicial Officer: **To Be Determined**

**SUMMARY**

On January 4, 2016, Mr. Javier Castro-Salas submitted a travel request for Mexico, from March 11 – 15, 2016.  The purpose of the trip is to visit his Grandmother and other family members. Mr. Castro-Salas will reside at his Grandmother's house at 25 Avenida Sanchez Taboada, Ejido Delta Oaxaca Mexicali 21700.

If approved, Mr. Castro-Salas would drive his personal vehicle.  He estimates $500.00 as the cost for the trip.

Currently, Mr. Castro-Salas in in compliance with his conditions of supervision.  The Probation Office respectfully requests that Mr. Castro-Salas be permitted to travel to Mexico on the aforementioned dates.  Mr. Castro-Salas is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

**RE: Javier Castro-Salas**

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

*Tawni Lea Salem*   Tawni Lea Salem
                     2016.02.04 14:37:07 -08'00'

Tawni Salem
United States Probation Officer Assistant

Approved:

*Rt G. Aquino*   Robert G. Aquino
                 2016.02.04 14:52:15 -08'00'

Robert Aquino
Supervisory United States Probation Officer

---

## THE COURT ORDERS

---

X        Requested Travel is Approved

☐        Requested Travel is Denied

☐        Other

*James C. Mahan*

Signature of Judicial Officer

February 17, 2016

Date