THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz, Ericsson & Gaffney, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Javier Castro-Salas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JAVIER CASTRO-SALAS,<br><br>           Defendant. | CASE NO: 2:09-cr-106-JCM-GWF-3<br><br>**MOTION TO REAPPOINT COUNSEL** |

   COMES NOW, JAVIER CASTRO-SALAS, by and through his attorney, THOMAS A. ERICSSON, ESQ., of the law firm ORONOZ, ERICSSON & GAFFNEY, LLC, and hereby moves this Honorable Court to reappoint THOMAS A. ERICSSON, ESQ. as counsel in the above-captioned case for the limited purpose of petitioning for Defendant Castro-Salas' early termination from supervised release.

   This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

   Dated this 3rd day of March, 2017.

                                             */s/ Thomas A. Ericsson*
                                             THOMAS A. ERICSSON, ESQ.
                                             Nevada Bar No. 4982
                                             1050 Indigo Drive, Suite 120
                                             Las Vegas, NV 89145

1

## MEMORANDUM OF POINTS AND AUTHORITIES

On November 24, 2009, a Judgement was entered sentencing Mr. Castro-Salas to 57 months in the custody of the U.S. Bureau of Prisons with credit for time served, with 5 years of supervised release. At this time, Mr. Castro-Salas is currently out of prison and serving time on supervised release.

Counsel, Thomas A. Ericsson, Esq., represented Mr. Castro-Salas during the plea negotiations. Now, Counsel requests that this Honorable Court reappoint him to represent Mr. Castro-Salas in filing a petition to terminate supervised release. To support this request, Mr. Castro has attached his Financial Affidavit for this Court's review. *See*, Exhibit A.

## CONCLUSION

Based on the foregoing, Defendant Javier Castro-Salas asks this Court to grant his Motion to Reappoint Counsel for the limited purpose of petitioning for Defendant Castro-Salas' early termination from supervised release.

Dated this 3rd day of March, 2017.

*/s/ Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
1050 Indigo Drive, Suite 120
Las Vegas, NV 89145
*Attorney for Javier Castro-Salas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAVIER CASTRO-SALAS,<br><br>　　　　Defendant. | CASE NO: 2:09-cr-106-JCM-GWF-3<br><br>**ORDER** |

IT IS HEREBY ORDERED that that Thomas A. Ericsson, Esq., be reappointed as counsel for Defendant Javier Castro-Salas.

DATED March 8, 2017.

_____
UNITED STATES DISTRICT JUDGE