1
2
3
4                           UNITED STATES DISTRICT COURT
5                                 DISTRICT OF NEVADA
6                                       * * *
7    UNITED STATES OF AMERICA,                Case No. 2:09-CR-106 JCM (GWF)
8                              Plaintiff(s),                ORDER
9           v.
10   JAVIER CASTRO-SALAS,
11                             Defendant(s).
12
13          Presently before the court is the matter of *United States of America v. Castro-Salas*, case
14   number 2:09-cr-00106-JCM-GWF.  On April 12, 2017, defendant filed a motion for early
15   termination of supervised release.  (ECF No. 65).
16          Briefing shall proceed as follows: the government has twenty-one (21) days from the date
17   of this order to file a response.  Thereafter, defendant has fourteen (14) days to file a reply.
18          Accordingly,
19          IT IS HEREBY ORDERED that the government shall file a response to defendant's motion
20   for early termination of supervised release (ECF No. 65) no later than twenty-one (21) days from
21   the date of this order.  Defendant shall file a reply within fourteen (14) days thereafter.
22          DATED April 13, 2017.
23
                                                _____
24                                              UNITED STATES DISTRICT JUDGE
25
26
27
28

**James C. Mahan**
**U.S. District Judge**