# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>JAVIER CASTRO-SALAS,<br><br>Defendant(s). | Case No. 2:09-CR-106 JCM (GWF)<br><br>ORDER |

Presently before the court is petitioner Javier Castro-Salas's motion for early termination of supervised release. (ECF No. 65). The government has filed a non-opposition response. (ECF No. 67).

On November 24, 2009, a judgment was entered sentencing petitioner to 57 months in custody with credit for time served, followed by five (5) years of supervised release. Petitioner has been on supervised release for four years. In the instant motion, petitioner seeks early termination of supervised release.

Pursuant to 18 U.S.C. § 3583(e)(1), the court may, after considering the factors set forth in 18 U.S.C. § 3553(a), terminate supervised release after one year in the interests of justice. 18 U.S.C. § 3583(e)(1). Petitioner asserts that he is working full-time and has shown himself to be responsible and ready to be fully integrated back into society without further supervision.

The government states that it has no objection to early termination of supervised release and notes that petitioner has maintained a good record with probation for the past four years while on supervised release. The government further asserts that probation concurs with the government's position.

**James C. Mahan**
**U.S. District Judge**

For these reasons, the court finds that petitioner's conduct, the interests of justice, the government's position and probation's concurrence therewith, as well as the factors set forth in § 3553(a), warrant early termination of petitioner's supervised release. Accordingly, based on the standard above and because the court finds no reason to continue petitioner on supervised release, petitioner's motion will be granted and supervised release will be terminated.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for early termination of supervised release (ECF No. 65) be, and the same hereby is, GRANTED.

DATED April 20, 2017.

                                                                                     _____
                                                                                     UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -