UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:09-cr-00106-JCM-GWF-3 |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED** <u>**ORDER APPOINTING COUNSEL**</u> |
| JAVIER CASTRO-SALAS, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Thomas A. Ericsson, Esq., be reappointed as counsel for Defendant Javier Castro-Salas.

DATED: May 25, 2017.

Nunc Pro Tunc: February 6, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE